534 A.2d 758

**Scott M. SHOYER and Jan R. Shoyer**

**v.**

**CITY OF PHILADELPHIA and Fairmount Park Commission and Conrail and Commonwealth of Pennsylvania, Department of Transportation.**

**Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Argued Nov. 9, 1987.

Decided Dec. 4, 1987.

John G. Knorr, III, Sr. Deputy Atty. Gen., Andrew S. Gordon, Chief, Deputy Atty. Gen., for appellant.

Lee Albert, Bernard M. Gross, Eugene A. Spector, Gross, Sklar & Metzger, Philadelphia, for Shoyer.

D. Scott Morgan, Philadelphia, for Conrail.

John B. Day, for City of Philadelphia.

Lee Albert, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.